## Freda Richter, Appellant, v. Walter J. Cummings and Daniel C. Green, Receivers of Chicago Railways Company et al., Appellees.

Gen. No. 42,389.

Heard in the third division, first district, this court at the October term, 1942; opinion filed February 2, 1944.   Harry George, for appellant; Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellees; William J. Flaherty, of counsel.   Opinion by JUSTICE KILEY. ` Not to be published in full.